UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

Eric A. Lembke,

Debtor(s).

Bankruptcy Case No. 21-13610-TBM

Chapter 7,

Eric A. Lembke,

Plaintiff(s),

v.

Adversary Proceeding No. 22-01203-TBM

KeyBank aka KeyCorp,

Firstmark Services aka Nelnet Servicing, LLC,

Navient aka Navient Solutions, LLC,

Defendant(s).

FILED
CLERK OF COURT
JUL 25 2022
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**[COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT (EDUCATIONAL LOANS)]**

## PARTIES

1. Eric A. Lembke is a citizen of both Colorado and the United States, who resides in Federal Heights, Colorado, which is within the jurisdiction of the District of Colorado.

2. KeyBank is a subsidiary of KeyCorp, a regional bank headquartered in Cleveland, Ohio. It can be served at Executive Offices, 127 Public Square, Cleveland, Ohio 44114.

3. Firstmark Services aka Nelnet Servicing LLC is the current loan servicer for the loans distributed by KeyBank. It can be served at Firstmark Services, P.O. Box 82522, Lincoln, Nebraska 68501.

4. Navient aka Navient Solutions, LLC, is a U.S. Corporation headquartered in Wilmington, Delaware. It can be served at Navient, P.O. Box 9640, Wilkes-Barre, PA 18773-9640.

## Jurisdiction and Venue

5. This adversary proceeding is brought under 11 USC § 523(a)(8) and Rule 7001(9) of the Federal Rules of Bankruptcy Procedure and its civil analog, 28 USC § 2201.

6. This Court has jurisdiction over this adversary proceeding under § 157(b) and § 1334(b) of the Judiciary and Judicial Procedural Rules. Venue is proper in the District of Colorado under 28 USC § 1409 because this matters arises in and is related to a bankruptcy case filed in this district.

## Final Order Consent Statement

7. The plaintiff consents to entry of final orders or judgement by the bankruptcy court.

## Factual Allegations

About Eric's Financial Situation

8. The plaintiff debtor is a single male, who filed a Chapter 7 bankruptcy petition in this district and received a discharge in 2021.

9. The plaintiff debtor owns a home at 9045 Mandel Street, Federal Heights, CO 80260 that was inherited from his mother in 2018. The plaintiff

was recently in default on the mortgage for the above property, listed under his deceased mother, Karen Staab. The mortgage was only brought current as a result of assistance from the Colorado Emergency Mortgage Assistance Program. The plaintiff debtor owns the assets outlined in the bankruptcy schedule filed in this district, which consists of some furniture, small business inventory assets, a 2018 Chevy Equinox which is currently being financed, and a few items of clothing. The plaintiff debtor has no retirement savings or other financial investments.

10. The plaintiff debtor is currently employed full-time at Advantage Security and receives a gross income of $3008/month with a net income of $2430/month. Occasionally, the plaintiff debtor works overtime hours where possible and makes slightly more per month than that listed above. The plaintiff debtor also works part time at his own reselling business generating on average $200-300 per month.

11. The plaintiff debtor has no excess income and in fact is negative $1057/month if forced to repay expected student loan monthly payments. The plaintiff debtor has no medical or dental insurance due to the cost and because of having no residual income to pay for it.

12. The plaintiff debtor has made every attempt to increase his income but has been unable to find more gainful employment in areas outside his current career due to lack of experience or missing educational requirements. This situation is unlikely to change in the near future as the plaintiff debtor has been working in the same career since graduating from college in 2012 and has never made significantly more income despite finding job advancement positions. The plaintiff debtor has also attempted to increase his income by working overtime where possible and working a second job in an attempt to generate more income. Despite the plaintiff debtor's attempts at increasing his income the past ten years he has been unable to generate sufficient income to pay back his heavy debt load and cannot maintain, based on current income and expenses, a minimal standard of living for himself if forced to repay the loan(s).

## About Eric's Loans

13. In an attempt to earn his undergraduate degree, the plaintiff debtor originally borrowed $42,940 in private student loans owned by KeyBank and currently being serviced by Firstmark Services, and $106,005 in private student loans currently owned by Navient.

14. As of this filing, the plaintiff debtor has paid $43,716.48 to KeyBank and Firstmark Services, and $201,607.52 has been paid to Navient. Of the $201,607.52 paid to Navient, $123,315.89 was paid by using a cash-out refinanced mortgage on the above listed property with the help of his mother on 4/05/2016. On September 29, 2017, Navient called due the remaining outstanding student loan accounts by enforcing a death clause as a result of the death of plaintiff debtor's mother in March 31, 2017, who was a co-signer on the loans. The plaintiff debtor's brother, executor of his mother's estate, paid another $28,717.33 on 11/01/2017, to settle with Navient and their debt collector Simm Associates, Inc.

15. The plaintiff debtor, as of this filing, owes $42,968.47 to KeyBank via Firstmark Services in loan numbers ending in 5981, 5995, 6013, 6029, 6050, 6083, and 6120. The plantiff debtor, as of this filing, owes $7,856.45 to Navient in loan numbers ending in 4512, 4553, and 4561.

16. The plaintiff debtor has used every available options in order to make his debt more manageable by using forbearances, deferments, and interest only payments. The plaintiff debtor is currently in forbearance with Firstmark Services but only has less than 2 months remaining available to him, at which time his payment will be close to $700/month. The plaintiff

debtor was in forbearance with Navient until 7/2022. The current monthly payment is $76.61. The plaintiff debtor was on interest only payments with Firstmark Services from November 2019 through July 2021, after which he switched to forbearance. The plaintiff debtor was in forbearance with Navient from October 2021 to July 2022. None of the loans qualify for any type of forgiveness, income-based repayment plans, or any sort of modification that would give the plaintiff debtor a reasonable chance of paying off the loans in the required period. All of the loans are variable interest rates leading to increasing interest costs as rates continue to increase.

17. As a result of the student loan debt, the plaintiff debtor has been unable to get any sort of loans to help refinance his debt to more manageable payments. The student loans prevented him from qualifying for a loan modification to bring his mortgage current or receive any mortgage modification on the loan which would have lowered his monthly mortgage payment and make payment of his other debt obligations more manageable. The plaintiff debtor is unable to obtain any loan modifications for any of his debt obligations due to the overwhelming debt to income ratio as a result of his student loan debts.

18. The plaintiff debtor cannot pay back these loans while maintaining a minimal standard of living. Repayment of the loans held by KeyBank and Navient imposes an undue hardship on the plaintiff debtor.

**Prayer**

The Plaintiff asks this Court:

- Determine that in accordance with 11 U.S.C. § 523(a)(8), the payment of the plaintiff debtor's loans would impose an undue hardship on him

- Determine that the plaintiff debtor's loans were discharged in his bankruptcy proceeding; and

- Grant such other relief as this Court deems just and proper.

Respectfully Submitted,

Pro Se Eric A. Lembke

9045 Mandel Street,

Federal Heights, CO 80260

Date: 7/24/2022

Filed By:

_(signature)_

Signature of Movant/Debtor

Printed Name: Eric A. Lembke

Mailing Address: 9045 Mandel Street,

Federal Heights, CO 80260

Telephone number: 720-937-9015

Email: lembke@colorado.edu